## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Shaunta Williams, Ella Wyckoff and Dawn Gray<br>　　　　　　　　**Plaintiff,**<br><br>v.<br><br>Talladega College<br>　　　　　　　　**Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER:**<br><br>1:22-CV-01072-CLM |

### Summons in a Civil Action

To: *(Defendant's name and address)*

　　Talladega College
　　627 West Battle Street
　　Talladega, AL 35160

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

　　Within \_\_\_\_\_21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

　　　　HKM Employment Attorneys LLP
　　　　Artur Davis
　　　　2024 3rd Ave N Ste 307
　　　　Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 8/31/2022

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By:
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203