# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **SHAUNTA WILLIAMS and ELLA WYCKOFF and DAWN GRAY**<br><br>    Plaintiffs,<br><br>v.<br><br>**TALLADEGA COLLEGE,**<br><br>    Defendant. | **Civil Action No.:**<br><br>**1-22-cv-01072-CLM**<br><br>**Jury Trial Demanded** |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ARNOLD J. LIZANA III

Pursuant to Rule 83.1(b)(1) of the Local Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, respectfully requests this Court to admit attorney Arnold J. Lizana III, *pro hac vice*, to appear on behalf of Plaintiff in the above-captioned matter. Sponsoring counsel Artur Davis is an attorney at HKM Employment Attorneys LLP. Attorney Davis is a member in good standing of the Bar of this Court. Service of all papers connected with this lawsuit may be made upon Mr. Davis in accordance with Local Rule 83.1(b)(2).

Attached hereto as Exhibit A, in support of this motion and in accordance with Local Rule 83.1(b), is a sworn declaration of Attorney Lizana confirming that

he satisfies all of the requirements for *pro hac vice* admission in the Northern District of Alabama.

Submitted on September 12, 2022.

**HKM EMPLOYMENT ATTORNEYS LLP**
/S/ Artur G. Davis
Artur G. Davis
ASB-3672-D56A
2024 3rd Ave. NSuite 307
Birmingham, AL 35203
T: (205)881-0935
adavis@hkm.com

## CERTIFICATE OF SERVICE

I certify that on September 12, 2022, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Arnold J. Lizana III with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notifications to counsel of record.

**HKM EMPLOYMENT ATTORNEYS LLP**

/S/ Artur G. Davis
Artur G. Davis
2024 3rd Ave. North Suite 307
Birmingham AL 35203