FILED
2022 Sep-22 AM 09:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Shaunta Williams, Ella Wyckoff and Dawn Gray,

    Plaintiff,

v.

Talladega College,

    Defendant.

**Summons**
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)

**CIVIL ACTION CASE NUMBER:**

1:22-CV-01072-CLM

## Summons in a Civil Action

To: *(Defendant's name and address)*

    Talladega College
    627 West Battle Street
    Talladega, AL 35160

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    HKM Employment Attorneys LLP
    Artur Davis
    2024 3rd Ave N Ste 307
    Birmingham, AL 35203

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 8/31/2022

SHARON N. HARRIS, CLERK

By: *[signature]*
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the **20th** day of **September**, **2022**, I served this summons together with the complaint as follows:

☐  By personal service on the defendant at _____

☐  By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☑  By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.) **Brenda Rodin - Admin.**
**627 West Battle St. Talladega, AL. 35160**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**9/20/2022**
Date

**Greg Chason / Chason Robinson**
Authorized or Specially Appointed Process Server

Costs of Service:  Service fee:
                   Expenses: _____ miles @ _____ cents    $ _____
                                                              $ _____
                                                    TOTAL $

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **SHAUNTA WILLIAMS, ELLA WYCKOFF, and DAWN GRAY**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**TALLADEGA COLLEGE**<br><br>   **Defendant.** | **CIVIL ACTION FILE NO.**<br><br>**1:22-CV-01072-CLM** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022 I electronically filed **PLAINTIFFS' PROOF OF SERVICE OF A COMPLAINT**, with the Clerk of Court using the CM/ECF system.

This is to further certify that this document was prepared using 14-point Times New Roman font.

This 22nd day of September 2022.

By: /S/ Artur G. Davis
HKM Employment Attorneys LLP
ASB-3672-D56A
2024 3rd Ave. N Suite 307
Birmingham, AL 35203
T: (205) 881-0935
adavis@hkm.com

By: /S/ Arnold J. Lizana
Law Offices of Arnold J. Lizana III
GA Bar No.: 698758
1175 Peachtree Street NE, 10th Floor
Atlanta, GA 30361
T: (404) 207-1559
F: (470) 231-0672
alizana@attorneylizana.com

**Attorneys for Plaintiffs**